UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JAMES BAINES, CHRISTOPHER LYONS, ALLEN ESPOSITO, WILLIAM SAMPSON, CODY BLACKBURN, BONNIE YOUNG and LIBERTARIAN PARTY OF MAINE, INC., <br><br>   Plaintiffs, <br><br>   v. <br><br> MATTHEW DUNLAP, in his official capacity as Secretary of State for the State of Maine, <br><br>   Defendant. | Civil No. 1:19-cv-00509-LEW |

**PLAINTIFFS' CONSENT MOTION TO EXTEND DEADLINE FOR FILING THEIR REPLY TO DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

With the Defendant's consent, Plaintiffs respectfully move the Court to extend the deadline for filing their Reply to Defendant's Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction (Dckt. No. 18) by three days, such that Plaintiffs' Reply would be filed on or before May 22, 2020.

In support of this Motion, Plaintiffs state that they filed their Motion for Preliminary Injunction (Dckt. No. 12) on March 4, 2020. Pursuant to the Court's general order extending all civil action filing deadlines by 30 days, and another order granting Defendant an additional extension of time, Defendant filed Defendant's Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction on May 5, 2020. Pursuant to this Court's Local Rule 7(c), therefore, Plaintiffs' Reply Memorandum is currently due on May 19, 2020.

Plaintiffs respectfully request an additional three days to prepare their Reply Memorandum, such that it would be due on May 22, 2020, on the ground that Defendant's

Memorandum in Opposition is 31 pages and requires extensive briefing in Plaintiffs' Reply, the page limit for which the Court extended to 17 pages. Additionally, Plaintiffs' counsel are currently litigating several emergency actions related to the COVID-19 pandemic, which place urgent demands on Plaintiffs' counsel's time.

The Clerk has notified the parties that the Court intends to hold a hearing on Plaintiffs' Motion for Preliminary Injunction on June 1, 2020. Therefore, the requested extension of time for filing Plaintiffs' Reply to that motion until May 22, 2020 will allow Plaintiffs the time needed to brief the issues adequately, while ensuring that the Reply is filed nine days before the anticipated hearing.

Undersigned counsel has conferred about this Motion with counsel for the Defendant, who consents to the relief requested herein.

Accordingly, Plaintiffs respectfully request that the Court extend the time for filing their Reply to Defendant's Memorandum in Opposition to Plaintiffs' Motion for a Preliminary Injunction by three days, such that it shall be filed on or before May 22, 2020.

DATED: May 18, 2020                     Respectfully submitted,

                                        /s/John H. Branson

                                        JOHN H. BRANSON*
                                        BRANSON LAW OFFICE, P.A.
                                        482 Congress Street, Suite 304
                                        P.O. Box 7526
                                        Portland, Maine 04112-7526
                                        (207) 780-8611
                                        jbranson@bransonlawoffice.com

                                        OLIVER B. HALL
                                        *Pro Hac Vice*
                                        CENTER FOR COMPETITIVE DEMOCRACY
                                        P.O. Box 21090
                                        Washington, DC 20009
                                        oliverhall@competitivedemocracy.org

(202) 248-9294

WILLIAM P. TEDARDS, JR.
*Pro Hac Vice*
1101 30th Street NW, Suite 500
Washington, DC 20007
BT@tedards.net
(202) 797-9135

*Counsel for Plaintiffs*
*\*Counsel of Record*

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 18th day of May, 2020, I electronically filed the above document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Phyllis Gardiner
Assistant Attorney General
6 State House Station
Augusta, ME 04333-006
(207) 626-8830
Email: Phyllis.gardiner@maine.gov

To my knowledge, there are no non-registered parties or attorneys participating in this case.

Dated:  May 18, 2020                             /s/ Oliver B. Hall
                                                 Oliver B. Hall
                                                 Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JAMES BAINES, CHRISTOPHER LYONS, ALLEN ESPOSITO, WILLIAM SAMPSON, CODY BLACKBURN, BONNIE YOUNG and LIBERTARIAN PARTY OF MAINE, INC., <br><br>　　　　　　Plaintiffs, <br><br>　　　　v. <br><br>MATTHEW DUNLAP, in his official capacity as Secretary of State for the State of Maine, <br><br>　　　　　　Defendant. | Civil No. 1:19-cv-00509-LEW |

## **PROPOSED ORDER**

PENDING BEFORE THE COURT IS Plaintiffs' Consent Motion to Extend the Deadline for Filing Plaintiffs' Reply to Defendant's Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction. After considering said Motion, and noting the consent of Defendant thereto, the Court hereby GRANTS said Motion and ORDERS as follows:

Plaintiff shall file Plaintiffs' Reply to Defendant's Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction on or before May 22, 2020.

Dated:_____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge