UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JAMES BAINES et al.,<br><br>                Plaintiffs,<br><br>      v.<br><br>SHENNA BELLOWS,<br><br>                Defendant. | Docket No. 1:19-cv-00509-LEW |

**CONSENTED-TO MOTION TO ENLARGE PAGE LIMITS
FOR SUMMARY JUDGMENT BRIEFING**

Under L.R. 7, Defendant Secretary of State Shenna Bellows[1] ("Secretary") moves to enlarge the page limits for the upcoming summary judgment motions expected to be filed on January 29, 2021.  Specifically, the Secretary requests that the page limit for any summary judgment motions filed by either party be extended to 30 pages and that the page limit for any responses to those motions also be extended to 30 pages**.**  In support of this motion, Secretary Bellows states as follows:

1.      In this matter, Plaintiffs challenge the constitutionality of six different provisions of Maine election law that, generally speaking, set forth the processes for political parties and their candidates to access Maine's general election ballot.  Plaintiffs challenge these six provisions on both First and Fourteenth Amendment and Equal Protection grounds.

2.      In addition, Defendant asserts a defense of *res judicata*.

---

[1]      The original defendant in this case was now-former Secretary of State Matthew Dunlap. Per Fed. R. Civ. P. 25(d), Secretary Bellows was automatically substituted as the defendant when she assumed office on January 4, 2021.  Secretary Bellows will shortly file a formal notice of substitution.

3. Due to the number of separate provisions at issue and the complexity of the constitutional issues that are asserted, the Secretary believes that the 20 pages provided by L.R. 7 will be insufficient to fully address the claims and defenses that will be at issue in the summary judgment briefing.

4. The Secretary believes that she can fully address all such issues in a brief of no more than 30 pages.

5. Counsel for the Secretary has consulted with counsel for Plaintiffs concerning page limits for summary judgment. Plaintiffs consent to the 30-page limit provided that they be provided 30 pages for any summary judgment motion. The parties also agreed to a 30-page limit for responses to each side's summary judgment motion. The parties do not at this time seek any change to the 7-page reply limit.

Based on the foregoing, the Secretary respectfully requests that the Court enlarge the page limits for any memorandum of law in support of summary judgment for Defendant or Plaintiffs to **30 pages**. The Secretary further respectfully requests that the Court enlarge the page limits for any responses to any summary judgment motion filed to **30 pages.**

Dated: January 27, 2021

AARON M. FREY
Attorney General

/s/ Jonathan R. Bolton
Jonathan R. Bolton
Phyllis Gardiner
Assistant Attorneys General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
Tel. (207) 626-8800
jonathan.bolton@maine.gov
phyllis.gardiner@maine.gov