UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JAMES BAINES et al., <br><br> Plaintiffs, <br><br> v. <br><br> SHENNA BELLOWS, in her official capacity as Secretary of State, <br><br> Defendant. | Docket No. 1:19-cv-00509-LEW |

**STIPULATION**

As directed by the Court's Summary Judgment Procedural Order (ECF No. 71), the parties stipulate to the following facts:

1. During the period between the Secretary of State's issuance of the certification described in 21-A M.R.S. § 303(2) approving a declaration of intent to form a new party and the party's submission of its certification that it has obtained the necessary 5,000 enrollments, Maine voters may, on their own initiative, change their enrollment to that qualifying party by submitting an application through any of the means by which Maine voters may register to vote, including by mailing a voter registration card to their municipal office, appearing at that office in person, and appearing at the Bureau of Motor Vehicles or any state or federal social service agency authorized to accept voter registration applications.

2. Parties in the process of qualifying under 21-A M.R.S. § 303 or seeking to maintain qualified status under 21-A M.R.S. § 301(1)(E) may collect voter reg cards from voters or prospective voters wishing to enroll in the party.  Parties engaged in such efforts must submit the collected cards to the applicable municipal registrars in order for the cards to be processed.

Dated: June 10, 2021

| For defendant: | For plaintiffs: |
|---|---|
| AARON M. FREY<br>Attorney General | |

`/s/ Jonathan R. Bolton`
Jonathan R. Bolton
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
Tel. (207) 626-8800
jonathan.bolton@maine.gov

`/s/ John H. Branson`
JOHN H. BRANSON
BRANSON LAW OFFICE, P.A.
482 Congress Street, Suite 304
P.O. Box 7526
Portland, Maine 04112-7526
(207) 780-8611
jbranson@bransonlawoffice.com

OLIVER B. HALL
*Pro Hac Vice*
Center for Competitive Democracy
P.O. Box 21090
Washington DC 20009

WILLIAM P. TEDARDS, JR.
*Pro Hac Vice*
1101 30th Street NW, Suite 500
Washington, DC 20007n