UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JAMES BAINES, CHRISTOPHER LYONS, ALLEN ESPOSITO, WILLIAM SAMPSON, CODY BLACKBURN, BONNIE YOUNG and LIBERTARIAN PARTY OF MAINE, INC., <br><br>Plaintiffs, <br><br>v. <br><br>SHENNA BELLOWS, in her official capacity as Secretary of State for the State of Maine, <br><br>Defendant. | Civil No. 1:19-cv-00509-LEW |

**PLAINTIFFS' MOTION TO SUPPLEMENT RECORD**

Pursuant to Local Civil Rule 7, Plaintiffs respectfully move the Court to supplement the record with the "Notice of Political Party Disqualification" issued by the Secretary of State of New Mexico on or about April 22, 2021 (the "Notice"), copies of which are attached as Exhibits A and B to the Declaration of Oliver B. Hall in Support of Plaintiffs' Motion to Supplement Record submitted herewith ("Hall Decl.").[1]

In support of this Motion, Plaintiffs state that the Court should permit Plaintiffs to supplement the record with the Notice because it is evidence that is directly relevant to the issues raised in this case, and it arose after the parties fully briefed their cross-motions for summary judgment. (Dkt. Nos. 54, 55.) The Notice is relevant because it confirms that a Secretary of State need not automatically unenroll a minor political party's registered members, without notice, following the party's disqualification. Indeed, the Notice expressly notifies voters registered as members of the Green Party of New Mexico ("GPNM") that "*[y]our registration will remain*

---

[1] Undersigned counsel has conferred about this Motion with counsel for the Defendant, and Defendant's counsel advises that Defendant does not consent to the relief requested.

*unchanged*" notwithstanding that party's disqualification.  Notice at 1 (emphasis added).  The Notice thus supports Plaintiffs' claim that they are entitled to relief from the unenrollment of Plaintiff Libertarian Party of Maine's 6,240 registered members notwithstanding that party's disqualification.  Pls' MSJ at 22-25, 28-30 & n.7.  Further, it rebuts Defendant's contention that it is unduly burdensome for a Secretary of State to permit voters to remain enrolled in a disqualified party, and that it is unduly burdensome even to notify those voters of their unenrollment.

  The Court should also permit Plaintiffs to supplement the record because the Notice was not available to Plaintiffs when they filed and briefed their motion for summary judgment.  That motion was fully briefed in March of 2021, when Plaintiffs filed their reply in support the motion.  (Dkt. No. 67.)  The Secretary of State of New Mexico did not issue the Notice to GPNM's registered members until April 22, 2021.  Hall Decl. ¶ 4.  Therefore, Plaintiffs could not have submitted the Notice as evidence in support of their motion for summary judgment, because the Notice did not exist until after that motion was filed and fully briefed.  *Id.*

  Finally, Defendant will not be prejudiced by the inclusion of the Notice in the record here.  Plaintiffs promptly obtained a properly authenticated copy of the Notice upon their discovery of this evidence, *id.* at ¶¶ 4-5, and they have submitted it for inclusion in the record prior to any decision on the parties' cross-motions for summary judgment. Furthermore, Defendant has every opportunity to challenge or object to the Notice in Defendant's opposition to this motion.  By contrast, Plaintiffs will be prejudiced by the exclusion of this evidence, because it is plainly relevant to Plaintiffs' claims and the relief they seek.  Pls' MSJ at 22-25, 28-30 & n.7.

  Accordingly, Plaintiffs respectfully request that the Court supplement the record in this case by including the Notice submitted herewith.

DATED:  November 5, 2021	Respectfully submitted,

/s/John H. Branson

JOHN H. BRANSON*
BRANSON LAW OFFICE, P.A.
482 Congress Street, Suite 304
P.O. Box 7526
Portland, Maine 04112-7526
(207) 780-8611
jbranson@bransonlawoffice.com

OLIVER B. HALL
*Pro Hac Vice*
CENTER FOR COMPETITIVE DEMOCRACY
P.O. Box 21090
Washington, DC 20009
oliverhall@competitivedemocracy.org
(202) 248-9294

WILLIAM P. TEDARDS, JR.
*Pro Hac Vice*
1101 30th Street NW, Suite 500
Washington, DC 20007
BT@tedards.net
(202) 797-9135

*Counsel for Plaintiffs*
**Counsel of Record*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of November, 2021, I electronically filed the above document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jonathan R. Bolton
Assistant Attorney General
6 State House Station
Augusta, ME 04333-0006
(207) 626-8800
Email: jonathan.bolton@maine.gov

To my knowledge, there are no non-registered parties or attorneys participating in this case.

Dated:  November 5, 2021                         /s/ Oliver B. Hall
                                                 Oliver B. Hall
                                                 Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JAMES BAINES, CHRISTOPHER LYONS, ALLEN ESPOSITO, WILLIAM SAMPSON, CODY BLACKBURN, BONNIE YOUNG and LIBERTARIAN PARTY OF MAINE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW DUNLAP, in his official capacity as Secretary of State for the State of Maine, <br><br> Defendant. | Civil No. 1:19-cv-00509-LEW |

## PROPOSED ORDER

PENDING BEFORE THE COURT IS Plaintiffs' Motion to Supplement the Record. After considering said Motion, and any opposition thereto, the Court hereby GRANTS said Motion and ORDERS as follows:

The record in this case is hereby supplemented with the "Notice of Political Party Disqualification" issued by the Secretary of State of New Mexico on or about April 22, 2021.

Dated:_____                    _____
                                            U.S. District Judge