IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **JAMES BAINES, CHRISTOPHER LYONS, ALLEN ESPOSITO, WILLIAM SAMPSON, CODY BLACKBURN, BONNIE YOUNG, and LIBERTARIAN PARTY OF MAINE,** ) ) ) ) ) | Case No. 1:19-cv-00509-LEW<br><br>Judge Lance E. Walker<br>Magistrate Judge John H. Rich III |
| Plaintiffs, ) ) | |
| v. ) ) | |
| **SHENNA BELLOWS, in her official capacity as Secretary of State for the State of Maine,** ) ) ) | |
| Defendant. ) _____ ) | |

## DECLARATION OF OLIVER B. HALL IN SUPPORT OF PLAINTIFFS' MOTION TO SUPPLEMENT RECORD

**(Pursuant to 28 U.S.C. § 1746)**

I, Oliver B. Hall, hereby declare as follows:

1. I am over the age of 18 and reside in Washington, DC.

2. I have personal knowledge about the matters to which I attest. If called to testify, I could and would competently testify to these statements.

3. I am counsel to the Plaintiffs in this matter.

4. On or about October 25, 2021, I obtained a copy of the "Notice of Political Party Disqualification" that the Secretary of State of New Mexico issued to a voter registered with the Green Party of New Mexico on or about April 22, 2021. A true and correct copy of that document is attached hereto as Exhibit A.

5. On October 29, 2021, I requested an original copy of the foregoing Notice from the office of New Mexico Secretary of State Maggie Toulouse Oliver. Secretary Oliver's office provided me with the document on November 4, 2021. A true and correct copy of that document is attached hereto as Exhibit B.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED: November 5, 2021

/s/Oliver B. Hall
Oliver B. Hall

**DECLARATION OF OLIVER B. HALL IN SUPPORT OF PLAINTIFFS' MOTION TO SUPPLEMENT RECORD**
*Baines, et al. v. Dunlap*
Case No. 1:19-cv-00509-LEW

2