**STATE OF NEW MEXICO**
**MAGGIE TOULOUSE OLIVER**
SECRETARY OF STATE

Exhibit B

[April 22], 2021

[First Name] [Middle] [Last Name]
[Mailing Address]
[City], NM [ZIP]

**RE: Notice of Political Party Disqualification**

Dear [First Name] [Last Name],

This correspondence is to notify you that the minor party your voter registration record is affiliated with, the [Party] Party, has failed to meet the minimum requirements set forth in NMSA 1978, Section 1-7-2, to remain a qualified minor party in the State of New Mexico.

The Secretary of State's Office has a legal obligation to notify you of this change, **however, no action is required by you**. Your voter registration will remain unchanged and this change in party qualification status does **NOT** impact your eligibility to vote.

If you would like to update your party affiliation or any other information on your voter registration record, please go to nmvote.org and update using our online voter registration application. Paper registration forms can also be requested by calling our office or your local county clerk.

The political parties that are currently qualified in New Mexico, in accordance with New Mexico law, include three major parties: Democratic, Republican and Libertarian; and one minor party, Working Families. Voters who are registered with a major political party may participate in their party's primary election.

More information about the Secretary of State's Office, statewide election information, and party qualification requirements may be found on our website at www.sos.state.nm.us. Please feel free to contact our office if you require any further information at (505) 827-3600 or via email at sos.elections@state.nm.us.

Sincerely,

Maggie Toulouse Oliver
Secretary of State